250

608 A.2d 485

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Ricardo RODRIQUEZ, Petitioner.**

Supreme Court of Pennsylvania.

April 21, 1992.

## ORDER

PER CURIAM.

The Petition for Allowance of Appeal is granted. The Order of the Superior Court is vacated and the case is remanded to the Superior Court for consideration of the substantive issues. See, *Commonwealth v. Pizzo*, 602 A.2d 823 (Pa.1992).

Jurisdiction relinquished.

McDERMOTT, J., did not participate in the consideration or decision of this matter.